Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of slippers for housewear in chief value of leather similar in all material respects to exhibit 1 in *Weigert-Dagen et al.* v. *United States* (25 Cust. Ct. 105, C. D. 1272), the claim of the plaintiff was sustained.

**No. 56883.**—Coro, Inc., et al. v. United States, protests 141853–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of jewelry in chief value of artificial flowers the same in all material respects as that the subject of *Coro, Inc.* v. *United States* (39 C. C. P. A. 154, C. A. D. 478), the claim of the plaintiffs was sustained.

**No. 56884.**—Coro, Inc., et al. v. United States, protests 143501–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of jewelry in chief value of artificial flowers the same in all material respects as that the subject of *Coro, Inc.* v. *United States* (39 C. C. P. A. 154, C. A. D. 478), the claim of the plaintiffs was sustained.

OCTOBER 2, 1952

**No. 56885.**—SUIT 4696.—C. J. Tower & Sons v. United States.— —C. D. 1334 affirmed June 24, 1952. C. A. D. 493.

BEFORE THE FIRST DIVISION, OCTOBER 6, 1952

**No. 56886.**—Continental Merchandise Corp. v. United States, protest 186978–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of aluminum statuettes and rosaries in glass containers